UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUTHER F. CAREY, | ) |
| | ) |
| Plaintiff, | ) NO. CV-05-326-LRS |
| | ) |
| -vs- | ) ORDER OF DISMISSAL |
| | ) |
| VETERANS ADMINISTRATION HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**BEFORE THE COURT** is Plaintiff's Amended Complaint against Defendant, Veterans Administration Hospital (Ct. Rec. 6), filed pursuant to this Court's order granting the Plaintiff leave to amend (Ct. Rec. 7). The Court reviews Plaintiff's Amended Complaint for compliance with the Court's previous order and legal sufficiency prior to directing service.

**DISCUSSION**

The Court's February 14, 2006 order instructed the Plaintiff that if he should choose to file an Amended Complaint it must:

"1) set forth the jurisdictional grounds upon which the federal court's jurisdiction depends; 2) allege a proper basis for venue in this district; and 3)demonstrate how the conduct complained of has resulted in a deprivation of plaintiff's federal rights."

Furthermore, the Court instructed that pursuant to Fed.R.Civ.P. 10(b), all of the averments must be made in numbered paragraphs.

ORDER - 1

1 | Plaintiff's amended complaint wholly fails to comply with the
2 | Court's instructions. Though the Court liberally construes pro se
3 | pleadings, the Amended Complaint does not show any sign of even attempted
4 | compliance. Accordingly, the Amended Complaint suffers from the same
5 | deficiencies present in Plaintiff's initially filed complaint. Plaintiff
6 | was warned that the failure to comply with the Court's precise
7 | instructions would result in the entire action being dismissed without
8 | prejudice.

9 | ACCORDINGLY, IT IS HEREBY ORDERED this action is **DISMISSED** without
10 | prejudice.

11 | **IT IS SO ORDERED**. The District Court Executive is directed to
12 | enter this Order, enter **Judgment** in accordance with this order, forward
13 | copies to Plaintiff, and CLOSE THE FILE.

14 | **DATED** this ___7th___ day of March, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2